IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **LPI, INC.** | * | |
| | * | |
|     **Plaintiff** | * | |
| | * | |
| **VS.** | * | Civil Action No. 2:21-cv-00019 |
| | * | |
| **BRIAN JOHNSTON** | * | |
| d/b/a Atlanta Hot Tub Center | * | |
| | * | |
|     **Defendant** | * | |

## APPLICATION FOR PRELIMINARY INJUNCTION

Plaintiff, LPI, Inc., pursuant to Fed. R. Civ. P. 65(a)(1) and Plaintiff's Verified Complaint filed in this action, requests that a Preliminary Injunction issue enjoining the Defendants, and his employees, agents, heirs, executors, personal representatives, successors and assigns from any further publication of the Video (as defined in the Verified Complaint) and that the Defendant be directed to delete or remove the Video from YouTube and other Internet platforms pending a trial on the merits in this case.

                                                **HUNTER, SMITH & DAVIS, LLP**

                                          By:    *s/Mark S. Dessauer*
                                                        Mark S. Dessauer, Esq.
                                                        TN BPR NO. 010421
                                                        Post Office Box 3740
                                                        Kingsport, Tennessee 37664
                                                        (423) 378-8840; Fax: (423) 378-8801
                                                        dessauer@hsdlaw.com
                                                        Attorney for Plaintiff
                                                        LPI, Inc.