UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LPI, INC., ) | |
| ) | Case No. 2:21-cv-19 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Cynthia R. Wyrick |
| BRIAN JOHNSTON, doing business as ) | |
| ATLANTA HOT TUB CENTER, ) | |
| ) | |
| *Defendant*. ) | |

**ORDER**

On April 14, 2021, the Court received notice the parties have settled all claims in the above-captioned action. (Doc. 17.) Plaintiff requested forty-five days in which to formalize the settlement agreement and file a stipulation of dismissal. (*Id.* at 1.) However, more than forty-five days have passed, and the parties have not filed a stipulation of dismissal. It is hereby **ORDERED** that the parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than **June 18, 2021.**

The parties are **ON NOTICE** that, if no stipulation of dismissal is filed on or before the date specified in this Order, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Local Rule 68.1.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**